IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MYRNA HUBBARD,                                              No. 07-cv-02562-MCE-DAD PS

       Plaintiff,

  vs.                                                                      <u>ORDER</u>

FOLSOM STATE PRISON, et al.,

       Defendants.

_____/

      Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On March 7, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.  The findings and recommendations filed March 7, 2008, are adopted in full; and

3   2.  This action is dismissed for failure to establish a basis for federal jurisdiction and for failure to state a claim upon which relief may be granted.

Dated:  April 10, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE